```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016615
Cashier ID: almaceh
Transaction Date: 03/05/2008
Payer Name: ROBERT J BUSTILLOS
--------------------------------
WRIT OF HABEAS CORPUS
 For: ROBERT J BUSTILLOS
 Amount:        $5.00
--------------------------------
MONEY ORDER
 Check/Money Order Num: 93404752378
 Amt Tendered:  $5.00
--------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C 08-1262 PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

3/3/08

Clerk, U.S. Dist. Court
for the Northern Dist of Cali
450 Golden Gate Ave
Box 36060
San Francisco Ca 94102

To whom it may concern:
We recieved the following request from our Grandson, Robert J. Bustillos V-23234, B2, 215 Pelican Bay State Prison, Crescent City Ca 95532 Enclosed find our Grandsons letter, form for instructions on filing a petition for a writ of Habeas Corpus and money order #93404952378 for $5.00 five dollars. We trust that his letter is self explanatory.
    Thank You, Yours truly
C.C.                ANTHONY F. BUSTILLOS
Robert J Bustillos   9762 6th St
                    Delhi Ca
                         95315

Dearest Grandparents,

I pray you are well. I am okay, thanks to God.

Extra crutial, important! The enclosed instructions please send the $5.00 money order to the San Francisco address, circled. You should get this letter Saturday, please mail out by Monday. Thank you!

Not much new except the above, I really feel good about my chances of success in Federal Court. I've won once praying to God I can win again. I'm about to go to <u>Monopoly</u> group any minute, so I'll close now.

If you had your surgery Grandpa, I pray it went well. I've been praying for it to be absolutely successful!

I'll write again this Sunday,

2/27/08

— Robert J. Bustillos

Love Bobby

PELICAN BAY P.S.U. UNIT B-2

E-Filing, HABEAS, ProSe

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01262-PJH
## Internal Use Only

Bustillos v. Pelican Bay State Prison
Assigned to: Hon. Phyllis J. Hamilton
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/04/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Robert John Bustillos**     represented by **Robert John Bustillos**
V-23234
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532
PRO SE

V.

**Respondent**

**Pelican Bay State Prison**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2008 | 1 | PETITION for Writ of Habeas Corpus. Filed byRobert John Bustillos. (Attachments: # 1 Petition-Part Two)(far, COURT STAFF) (Filed on 3/4/2008) (Entered: 03/05/2008) |
| 03/04/2008 |  | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 3/4/2008) (Entered: 03/05/2008) |
| 03/04/2008 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (far, COURT STAFF) (Filed on 3/4/2008) (Entered: 03/05/2008) |

**PELICAN BAY
P.S.U. UNIT B-2**

1
2                              UNITED STATES DISTRICT COURT
                            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
            INSTRUCTIONS FOR FILING A PETITION FOR A WRIT OF HABEAS CORPUS
4               BY A PERSON IN STATE CUSTODY UNDER 28 U.S.C. §§ 2254

5       I.      Scope of 28 U.S.C. §§ 2254

6               You may file a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 if you are in
        custody pursuant to the judgment of a state court in violation of the federal Constitution or federal laws.
7       You may challenge either the fact or duration of your state sentence; however, any challenge to
        violations of the federal Constitution or federal law that affects the conditions, as opposed to the fact or
8       duration, of your confinement should be brought in a civil rights complaint under 42 U.S.C. §§ 1983. If
        you want to file a civil rights complaint under 42 U.S.C. §§ 1983, you may do so on forms provided by
9       the clerk of the court.

10              Note that a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 will not be granted
        unless it appears that you have exhausted the remedies available in state court.

11      II.     **Filing a Petition**

12              To start a habeas action, you must send the court the following items: (1) an original petition
        and (2) a check or money order for $5.00 or an original Prisoner's Application to Proceed In Forma
13      Pauperis. In addition to these instructions, this packet includes a petition for a writ of habeas corpus
        form and an Application to Proceed In Forma Pauperis. You must use the forms provided with this
14      packet and not any other version. You should keep a copy of the petition and in forma pauperis
        application for your own records.
15
                When you have completed the forms, mail the originals to Clerk of the United States District
16      Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco,
        CA 94102.
17
                **NOTE**: If you previously filed a petition for a writ of habeas corpus in federal court that
18      challenged the same conviction you are challenging now and if that petition was denied or dismissed
        with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit
19      for an order authorizing the district court to consider this petition. You may not file a second or
        subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28
20      U.S.C. §§ 2244(b).

21      III.    **Filing Fees**

22              In order for the petition to be filed, it must be accompanied by the filing fee of $5.00. If you are
        unable to pay the filing fee, you may petition the court to proceed in forma pauperis. A Prisoner's
23      Application to Proceed In Forma Pauperis form for this purpose is included in this packet. You must
        complete the application, sign it and declare under penalty of perjury that the facts stated therein are
24      correct. File the application with your petition and keep a copy for your records.

25      IV.     **Petition Form**

26              Your petition must be legibly handwritten or typewritten, and you must sign it and declare under
        penalty of perjury that the facts stated in it are correct. Read the entire petition form before answering
27      any questions. You will note that brief explanatory comments appear throughout the form. Read these
        carefully before you answer the questions because they are intended to help you fill out the petition as
28      well as ensure that you file your petition in the proper court.

PetitionHC-6-02.wpd (Rev. 6/02)


Robert J. Bustillos
V-23234, B2-#7215
Pelican Bay State Prison
P.O. Box 7500
Crescent City, Ca 95532

CC
Robert J. Bustillos

**PELICAN BAY**
**P.S.U. UNIT B-2**

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



MAILED FROM

Anthony & Ruth Bustillos
9762 6th Street
Delhi, Ca 95315

9531519723 R002

---

Anthony F Bustillos
9762 6th St
Delhi Ca 95315



LOUIS COMFORT TIFFANY
USA 41

Clerk of the U.S. District Court
for the Northern Dist. of Calif.
450 Golden Gate Ave
Box 36060
San Francisco, Calif
94102

9410283432 C004