To: U.S. District Court
      Northern District of California
      ATTN: Clerk of the Court

RECEIVED
FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Is it possible to get a copy set of the 32⊕ pages of Emergency Room Records, plus Administrative Records (# of pages?) I sent w/ Habeas Corpus No. CV 08 1262 PJH (PR), filed on March 4th, 2008.

It was the only set I had, and the Law Library at this Prison absolutely refused to make a copy set! Any copy charge I will be glad to pay. Please just send bill/costs to: A.F. Bustillos
9762 6th Street
Delhi, Ca 95315

I urgently need these copies sent directly to me. Please respond soon, or send copies to me as soon as possible. Thank you very much;

Sincerely yours,

Robert J. Bustillos

7-27-08

Robert J. Bustillos    Bustillos

V-33234, B2-206
Pelican Bay State Prison
P.O.Box 7500
Crescent City, Ca 95532

Legal & Confidential

410233651 0004

PELICAN BAY STATE
5905 Lake Earl D
Crescent City CA

U.S. POSTAGE

02 1M
000 421 7666
MAILED FROM ZIP CODE 95531

$ 00.42⁰
JUL 28 2008
PITNEY BOWES

OFFICE OF THE CLERK,
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102



PBSP
INDIGENT ENVELOPES