UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. BUSTILLOS,

        Petitioner,                      No. C 08-1262 PJH (PR)

  vs.                                     **ORDER OF DISMISSAL**

PELICAN BAY STATE PRISON,

        Respondent.

        This is a habeas case brought pro se by a state prisoner. The Amended Petition was dismissed with leave to amend because it appeared from petitioner's allegations that he had not exhausted state judicial remedies. Although petitioner has written several letters to the court, he has not filed a second amended petition and does not say in the letters that he has exhausted. This case therefore is **DISMISSED** for failure to exhaust. *See* 28 U.S.C. § 2254(b) (exhaustion requirement); *Cartwright v. Cupp*, 650 F.2d 1103, 1104 (9th Cir. 1981) (petitioner has burden of pleading exhaustion). The clerk shall close the file.

     **IT IS SO ORDERED.**

Dated: April 2, 2010.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

P:\PRO-SE\PJH\HC.08\BUSTILLOS1262.Dsm.wpd